IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MATTHEW MARULLO,

    Plaintiff,

v.                                                    C.A. No.: 1:23-cv-393-ADA

TEXAS LUXURY OUTDOORS, LLC, and,
SANDRA K. JONES,

    Defendants.

_____/

## **ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

On this day, came on to be heard the Joint Stipulation for Dismissal with Prejudice filed by the Parties.

IT IS ORDERED, that all claims asserted or that could have been asserted by Plaintiff, MATTHEW MARULLO, against Defendants, TEXAS LUXURY OUTDOORS, LLC, and SANDRA K. JONES, in this action are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs.

**SIGNED t**his 7th day of March, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE